UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Jerome Tillman Behrends,

        Debtor.

BKY 18-40205

----------------------------------

Thomas H. Behrends,

        Plaintiff,

ADV 18-04066

v.

**JUDGMENT**

Jerome Tillman Behrends,

        Defendant.

       This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

       It is therefore Ordered and Adjudged:.

       1.    The debt owed to Plaintiff for damages as a result of the injury Defendant cause to Plaintiff are excepted from discharge pursuant to 11 U.S.C. § 523(a)(6);

       2.    The Plaintiff is awarded damages in the amount of $1,000,000.

Dated:    July 26, 2018
At:       Minneapolis, Minnesota

Lori A. Vosejpka
Clerk of Bankruptcy Court

By:   /e/ Lynn M. Hennen

Lynn M. Hennen
Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/26/2018*
Lori Vosejpka, Clerk, by LH